UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS AGUIRRE,

       Plaintiff(s),                              No. C 08-2928 PJH

    v.                                        **JUDGMENT**

CITY & COUNTY OF SAN FRANCISCO,

       Defendant(s).

_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion to dismiss

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: November 4, 2008

                                                            _____

                                                            PHYLLIS J. HAMILTON
                                                            United States District Judge